

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00345-CV

| | | |
|---|---|---|
| IN THE INTEREST OF L.B., A CHILD | § | On Appeal from |
| | § | the County Court at Law No. 2 |
| | § | of Wise County (CV17-08-696) |
| | § | April 9, 2020 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's June 24, 2019 modification order. It is ordered that trial court's June 24, 2019 modification order is affirmed.

It is further ordered that appellant S.P. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel